**HTC CORPORATION and HTC America, Inc., Plaintiffs–Appellees,**

v.

**IPCOM GMBH & CO., KG, Defendant–Appellant.**

**No. 2011–1004.**

United States Court of Appeals, Federal Circuit.

April 11, 2011.

John S. Skilton, Perkins Coie LLP, Madison, WI, for Plaintiffs–Appellees.

Geoffrey K. Gavin, Kilpatrick Stockton LLP, Atlanta, GA, for Defendant–Appellant.

Before RADER, Chief Judge.

## ORDER

IPCom GmbH & Co., KG moves for judicial notice of various published patents. The appellees oppose. IPCom replies.

Because the patents were not presented to the district court for its consideration, and thus the appellees did not have the opportunity to respond in the district court, we deny the motion.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.